IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                              CRIMINAL NO. 5:13-cr-13-DCB-FKB

HECTOR MIGUEL DIAZ-OSUNA,
RICARDO GONZALEZ-PORRAS,
JESUS BELTRAN-RODRIGUEZ,
JUAN GERALDO ARREDONDO
AND ERNESTO GRANADOS

ORDER OF CONTINUANCE

This cause having come before the Court on the motions of defendants **(docket entry numbers [114], [115] and [117]** ) to continue this matter and the Government advising that it has no objection to said motions, and the Court having considered said motions, finds that for all counts and for all defendants said motions are well taken and for the following reasons are hereby granted, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

Also having duly considered the factors articulated in Title 18, Section 3161(h)(7)(B)(ii) to determine the appropriateness of a continuance, the Court finds that counsel for defendants need additional time to review all discovery, prepare a defense as necessary in preparation for trial, and the Government and Defense need time to explore issues related to a resolution of this action. Pursuant to Title 18, Section 3161(h)(7)(A) of the United States Code, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause and are best served

1

by granting the requested continuance.

The Court finds that any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy Trial Act or the Constitution in the case at bar have been waived and finds that these motions should be granted for the reasons described above.

IT IS THEREFORE ORDERED that this matter be continued and reset for trial to begin October 27, 2014 , and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

Government's Motion for Date Certain Trial Setting **(docket entry number [113] )**  on or before September 23, 2014 is found to be Moot.

SO ORDERED this the    21st    day of    August   , 2014.


                                                  s/David Bramlette
                                             UNITED STATES DISTRICT JUDGE