IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                       CRIMINAL NO. 5:13-cr-13-DCB-FKB

HECTOR MIGUEL DIAZ-OSUNA,
RICARDO GONZALEZ-PORRAS,
JESUS BELTRAN-RODRIGUEZ,
JUAN GERALDO ARREDONDO
AND ERNESTO GRANADOS

ORDER OF CONTINUANCE

This cause having come before the Court on the motion of defendants to continue this matter **(docket entries 123, 124, 125, 126 and 127)** and motion to change trial location to Jackson, Mississippi **(docket entry 120)** and the Government advising that it has no objection to said motions, and the Court having considered said motions, finds that for all counts and for all defendants said motions are well taken and for the following reasons are hereby granted, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

Also having duly considered the factors articulated in Title 18, Section 3161(h)(7)(B)(ii) to determine the appropriateness of a continuance, the Court finds that counsel for defendants need additional time to review all discovery which is extensive, including 16, 820 pages of documents and two terabytes of video surveillance involving multiple cameras encompassing hundreds of hours of surveillance of the prison riot and additional time to prepare a defense as necessary in preparation

for trial, and the Government and Defense need time to explore issues related to a resolution of this action. Pursuant to Title 18, Section 3161(h)(7)(A) of the United States Code, the ends of justice outweigh the best interests of the public and the defendants in a speedy trial in this cause and are best served by granting the requested continuance.

The Court finds that any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy Trial Act or the Constitution in the case at bar have been waived and finds that these motions should be granted for the reasons described above.

IT IS THEREFORE ORDERED that this matter be continued and reset for trial to begin   February 2, 2015   in Jackson, Misssissippi, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

SO ORDERED this the   15th   day of   October  , 2014.

    s/ David Bramlette  
    UNITED STATES DISTRICT JUDGE