IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 5:13CR13DCB-FKB

HECTOR MIGUEL DIAZ-OSUNA a/k/a Pariente
RICARDO GONZALEZ-PORRAS a/k/a Carrilleras
JESUS BELTRAN-RODRIGUEZ,
JUAN GERALDO ARREDONDO a/k/a Bobby, and
ERNESTO GRANADOS a/k/a Neto

ORDER REGARDING SUBPOENAS

This matter comes before the Court on the Ore Tenus motion of the United States requesting that this Court enter an Order making all previously issued trial subpoenas effective for the new trial date of this matter. The Court having been fully advised in the premises finds the motion well taken and same shall be granted.

IT IS THEREFORE ORDERED that all trial subpoenas previously served on any witness in this case is valid and hereby effective for the new trial of date of March 23, 2015.

IT IS FURTHER ORDERED that any witness previously served a trial subpoena in the above styled cause shall be required to appear for the trial of this matter now set for March 23, 2015.

SO ORDERED, this the __6th__ day of February, 2015.

　　　　　　　　　　　　　　　　　　　　　　s/David Bramlette
　　　　　　　　　　　　　　　　　　　　　　DAVID BRAMLETTE III
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE